SEYFARTH SHAW LLP
Carolyn A. Knox (SBN: 181317)
Krista L. Mitzel (SBN: 221002)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA, UNITED AIR LINES, INC. EMPLOYEE WELFARE BENEFIT PLAN and RETIREMENT AND WELFARE PLAN ADMINISTRATION COMMITTEE

GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
Lee S. Harris (SBN 76699)
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
Tel.: (415) 673-5600
Fax: (415) 673-5606

Attorneys for Plaintiff
MARSHA WOODFORK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA WOODFORK, <br><br> Plaintiff, <br><br> v. <br><br> CIGNA GROUP INSURANCE, and its subsidiary LIFE INSURANCE COMPANY OF NORTH AMERICA; UNITED AIR LINES, INC. EMPLOYEE WELFARE BENEFIT PLAN NO. 501, DATED JANUARY 1, 1999; PLAN ADMINISTRATOR UNITED AIR LINES, INC.'S PENSION AND WELFARE PLANS ADMINISTRATION COMMITTEE (PAWPAC) <br><br> Defendants. | Case No. C 04-4835 PJH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a), AND [PROPOSED] ORDER** |

Plaintiff MARSH WOODFORK ("Plaintiff") and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA, UNITED AIR LINES, INC. EMPLOYEE WELFARE BENEFIT PLAN and RETIREMENT AND WELFARE PLAN ADMINISTRATION

Stipulation Of Dismissal With Prejudice And [Proposed] Order/Case No. C 04-4835 PJH

1  COMMITTEE have reached a resolution of this matter. The parties agree to dismiss this action
2  in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees
3  and costs.
4      The parties seek the Court's approval of dismissal of this action with prejudice through
5  the order listed *infra*.

6  DATED: May 31, 2005                    SEYFARTH SHAW LLP

                                          By _____
                                             Carolyn A. Knox
                                             Krista L. Mitzel

                                          Attorneys for Defendants
                                          LIFE INSURANCE COMPANY OF
                                          NORTH AMERICA, UNITED AIR LINES,
                                          INC. EMPLOYEE WELFARE BENEFIT
                                          PLAN and RETIREMENT AND
                                          WELFARE PLAN ADMINISTRATION
                                          COMMITTEE


15  DATED: May 31, 2005                   GOLDSTEIN, GELLMAN, MELBOSTAD,
                                          GIBSON & HARRIS, LLP

                                          By _____
                                             Lee S. Harris

                                          Attorneys for Plaintiff
                                          MARSHA WOODFORK


**IT IS SO ORDERED.**

DATED: June 7, 2005

                                          _____
                                          Phyllis J. Hamilton
                                          United States District Court Judge

Stipulation Of Dismissal With Prejudice And [Proposed] Order/Case No. C 04-4835 PJH